UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHOSHANA ROBERTS, <br><br>　　　　　Plaintiff, <br><br>　　-against- <br><br> ROB BLISS, ROB BLISS CREATIVE, LLC, HOLLABACK! INC., TGI FRIDAY'S INC., MADE MOVEMENT LLC, <br><br>　　　　　Defendants. | Case No. 15-cv-____ <br><br> **NOTICE OF REMOVAL PURSUANT TO** <br> **28 U.S.C. § 1446 (a)–(b)** |

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

　　　　1.　　Made Movement LLC ("Made") and TGI Friday's Inc. ("Friday's") are defendants in the civil action titled *Roberts v. Bliss et al.*, No. 157085/2015, brought by Shoshana Roberts ("Plaintiff") in the Supreme Court of the State of New York, New York County. Pursuant to 28 U.S.C. §§ 1441 and 1446, Made and Friday's hereby remove this action to the United States District Court for the Southern District of New York, the judicial district in which this action is pending.

　　　　2.　　Made and Friday's file this Notice of Removal with consent from all defendants who have been properly joined and served, as confirmed by the signatures below.

3. Made and Friday's remove on the ground that Plaintiff's Complaint alleges a cause of action against all defendants which arises under the United States Trademark Act of 1946 (Lanham Act § 43(a), 15 U.S.C. § 1125(a)).

4. Accordingly, removal is proper under 28 U.S.C. § 1441(a) because this Court would have had original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 1338, and 28 U.S.C. § 1367(a) (supplemental jurisdiction) if the action had originally been brought in federal court.

5. This notice is timely under 28 U.S.C. § 1446(b) as it was filed within thirty days after December 1, 2015, the date that Made and Friday's received a copy of the Complaint containing the cause of action arising under U.S. law.

6. Finally, copies of all process, pleadings, and orders served on the defendants to date, including the Summons with Notice, Plaintiff's Complaint and the parties' stipulation to extend the time to answer or respond, are attached hereto as Exhibit A.

//
//
//
//
//
//
//

Dated: December 31, 2015
      New York, New York

                          **FRANKFURT KURNIT KLEIN & SELZ, PC**

                          By:   /s/ Craig B. Whitney
                                Craig B. Whitney
                                Beth I. Goldman
488 Madison Ave
New York, NY 10022
Tel: (212) 980-0120
Fax: (212) 593-9175
cwhitney@fkks.com
bgoldman@fkks.com

*Attorneys for Defendants*
*Made Movement LLC and*
*TGI Friday's Inc.*

**JOINED AND CONSENTED TO BY:**

                        BEYS LISTON MOBARGHA & BERLAND LLP

                        By: _____
                              Joshua D. Liston, Esq.
                              825 Third Avenue
                              2nd Floor
                              New York, NY 10022

                              *Attorneys for Defendant Rob Bliss and*
                              *Rob Bliss Creative, LLC*

                      WILSON ELSER

                        By: _____
                              Steven L. Young, Esq.
                              1133 Westchester Avenue
                              White Plains, NY 10603

                              *Attorneys for Defendant*
                              *Hollaback! Inc.*

Dated: December 31, 2015
    New York, New York

                      **FRANKFURT KURNIT KLEIN & SELZ, PC**

                      By: _____
                            Craig B. Whitney
                            Beth I. Goldman
                      488 Madison Ave
                      New York, NY 10022
                      Tel: (212) 980-0120
                      Fax: (212) 593-9175
                      cwhitney@fkks.com
                      bgoldman@fkks.com

                      *Attorneys for Defendants*
                      *Made Movement LLC and*
                      *TGI Friday's Inc.*

**JOINED AND CONSENTED TO BY:**

                      **BEYS LISTON MOBARGHA & BERLAND LLP**

                      By: /s/ Joshua D. Liston
                            Joshua D. Liston, Esq.
                      825 Third Avenue
                      2nd Floor
                      New York, NY 10022

                      *Attorneys for Defendant Rob Bliss and*
                      *Rob Bliss Creative, LLC*

                      **WILSON ELSER**

                      By: _____
                            Steven L. Young, Esq.
                      1133 Westchester Avenue
                      White Plains, NY 10603

                      *Attorneys for Defendant*
                      *Hollaback! Inc.*

Dated: December 31, 2015
New York, New York

**FRANKFURT KURNIT KLEIN & SELZ, PC**

By: _____
Craig B. Whitney
Beth I. Goldman
488 Madison Ave
New York, NY 10022
Tel: (212) 980-0120
Fax: (212) 593-9175
cwhitney@fkks.com
bgoldman@fkks.com

*Attorneys for Defendants
Made Movement LLC and
TGI Friday's Inc.*

**JOINED AND CONSENTED TO BY:**

**BEYS LISTON MOBARGHA & BERLAND LLP**

By: _____
Joshua D. Liston, Esq.
825 Third Avenue
2nd Floor
New York, NY 10022

*Attorneys for Defendant Rob Bliss and
Rob Bliss Creative, LLC*

**WILSON ELSER**

By: _____
Steven L. Young, Esq.
1133 Westchester Avenue
White Plains, NY 10603

*Attorneys for Defendant
Hollaback! Inc.*

3